UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

LINDSEY JOE BORDERS, JR.                                    CASE NO. 22-50179

DEBTOR(S)

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED, based on Chapter 13 plan (ECF No. 2), filed on 3/7/2022.

1. Plan payments are $255.17 (1 month) past due as shown below. The next payment is due on May 6, 2022.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 4/2022 | $255.17 | | | $255.17 |

**Total Delinquent Amount: $255.17**

2. Provide the following documents to the Trustee as required by the Order to Debtor:

    (a) Copies of the 2021 federal and state tax returns.

3. Schedule D lists Harley Davidson Credit as a creditor whose debt is secured by the 2005 Harley Davidson, but the plan does not specifically provide for the treatment of the debt. If a secured proof of claim is filed by or on behalf of this creditor, take appropriate action in the plan, by motion, or by objection to address the treatment of the claim.

Respectfully submitted –

Beverly M. Burden, Chapter 13 Trustee

By: /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee

P.O. Box 2204  
Lexington KY  40588  
(859) 233-1527  
notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing has been served via ECF on Ryan R. Atkinson on 4/19/2022.

    Beverly M. Burden, Chapter 13 Trustee

By: /s/Michael E. Litzinger  
    Michael E. Litzinger,  
    Attorney for Trustee